# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR TAGLE,
      Appellant,
      vs.
THE STATE OF NEVADA; NDOC; AND
NDOC'S EMPLOYEES AND
SUPERINTENDENT,
      Respondents.

No. 71745

FILED

JUL 0 7 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying appellant's motions and dismissing complaint. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

On April 25, 2017, this court entered an order directing appellant, within 11 days, to file the transcript request form, the docketing statement, and the opening brief or informal brief for pro se parties. NRAP 9; NRAP 14; NRAP 31(a)(1). We cautioned appellant that failure to comply timely with our order could result in the imposition of sanctions against appellant, including the dismissal of this appeal. *See* NRAP 31(d). To date, appellant has not filed the documents or otherwise communicated with this court. Accordingly we conclude that appellant had abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Steve L. Dobrescu, District Judge
Victor Tagle
White Pine County Clerk

